# EXHIBIT "A"

Case 7:26-cv-05749 Document 1 Filed 07/07/26 Page 2 of 7

# SUPREME COURT OF NEW YORK
# COUNTY OF BRONX

-------------------------------------------------- X

**SAMMI SULTANA**

*Plaintiff(s)*

-against-

**RUSLAN KARIMZHAN & MAXXLINE COMPANY**
*Defendant(s)*

-------------------------------------------------- X

*Index No:*
**Date Filed:**

**SUMMONS**
*Plaintiff Designates*
**BRONX**
County as the place of Trial

*The basis of the venue is*
**Location Of Incident :**
Major Deegan Expressway,
Bronx

## To the Above Named Defendant(s):

**You are hereby summoned** to answer the complaint that in this action and to have served copy of your answer, or, if the complaint is not served with this summons; to serve a notice of appearance, on the Plaintiff's Attorney(s) within 20 days after the service of this summons exclusively of the day of service (or within 30 days after the service is complete if this summons is not personally delivered to you within the State of New York); and in case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the complaint.

*Dated: 1/19/2026*
        Astoria, New York

*Defendant(s):*

**RUSLAN KARIMZHAN**
12057 Covert Rd,
Philadelphia, PA 19154

**MAXXLINE COMPANY**
1974W Cobblestone RD
Romeoville, IL60441

**LEWIS F. LIPKIN, ESQ.**
*Attorney(s) for the Plaintiff(s)*
**MARIANO & LIPKIN, PLLC.**
31-19 Newtown Ave. Suite#400
Astoria NY, 11102
Tel: (718) 726- 7799

## SUPREME COURT OF NEW YORK
## COUNTY OF BRONX

-----------------------------------------------------X

**SAMMI SULTANA**

Index No:
Date Filed:

*Plaintiff(s)*

-against-

**VERIFIED COMPLAINT**

**RUSLAN KARIMZHAN & MAXXLINE
COMPANY**

*Defendant(s)*

-----------------------------------------------------X

Plaintiff, **SAMMI SULTANA**his attorneys **MARIANO& LIPKIN, PLLC,** complaining of the Defendant(s) **RUSLAN KARIMZHAN & MAXXLINE COMPANY**allegeupon information and belief:

1. That at all time herein mentioned the incident at issue occurred in the County of **BRONX,** State of New York.

2. That at all times herein mentioned defendant(s), **Maxxline Company** was a foreign corporation licensed to do business in the State of Illinois.

3. That at all times herein mentioned defendant(s), **Maxxline Company** was the ownerof the **2022 Volvo** a motor vehicle bearing theState of Pennsylvania license plate number**AH-70808.**

4. That at all times herein mentioned defendant **Ruslan Karimzh an** operated the aforesaid a motor vehicle bearing the State of Pennsylvania license plate number **AH-70808**with the express and/or implied permission of defendant(s) **MaxxlineCompany .**

5. That at all time herein mentioned plaintiff(s), **SAMMI SULTANA**was the owner and the operator of the **2021 Toyotaa motor** vehicle bearing a **State of New York** license plate number**T673239C**

6. At all times herein mentioned **Major Deegan Expressway in the BRONX** wasapublic roadway, street and/or thoroughfare.

7. That on **December 19, 2025**, the motor vehicle operated by Defendantcame in contact at theforesaid locationwith the motor vehicle operated by plaintiff.

Case 7:26-cv-05749 Document 1 Filed 07/07/26 Page 4 of 7

# FIRST CAUSE OF ACTION

8. That plaintiffrepeats reiterates and re-alleges each and every allegation set forth in paragraphs "1" through "7" of this complaint with the same force and effect as if more fully set forth at length herein.

9. That as a result of the aforesaid contact, plaintiff, **SAMMI SULTANA** was injured.

10. That the aforesaid occurrence was caused wholly and solely by reason of the negligence of the Defendants without any fault or negligence on the part of the Plaintiff(s) **SAMMI SULTANA.**

11. That Defendants wasnegligent, careless, and reckless in the ownership, operation, management, maintenance, supervision, use and control of the aforesaid vehicle and the Defendant were otherwise negligent, careless, and reckless under the circumstances then and there prevailing.

12. That by reason of the foregoing, plaintiff **SAMMI SULTANA** sustained severe and permanent personal injuries; and plaintiffwas otherwise injured.

13. That plaintiff **SAMMI SULTANA** sustained serious injuries as defined by §5102 (d) of the Insurance Law of the State of New York.

14. That as a result of the foregoing, plaintiff(s) **SAMMI SULTANA** is entitled to recover for non-economic loss and for economic losses as are not included within the definition of basic economic loss as set forth in Section §5102 (a) of the Insurance Law of the State of New York.

15. That plaintiff **SAMMI SULTANA** sustained serious injuries and economic loss greater than basic economic loss as defined by §5104 of the Insurance Law of the State of New York.

16. That this action falls within one or more of the exceptions set forth in CPLR §1602.

17. That as a result of the foregoing, plaintiff **SAMMI SULTANA** sustained serious, severe and permanent personal injuries and was rendered sick, his back, elbow, leg and head and disabled; plaintiff **SAMMI SULTANA** was caused to suffer great pain, discomfort, and disability and, upon information and belief, will continue to suffer pain, discomfort, and disability in the future; plaintiff(s) was obliged to expend and incur large sums of monies for medical care, aid and attention and, upon information and belief, will continue to be obliged to expend and incur large sums of monies for future medical care, aid and attention; plaintiff **SAMMI SULTANA** was caused to become in capacitated from his

usual vocation and avocation, and upon information and belief, may continue to be caused to remain away from his usual vocation and avocation for a long period of time to come in the future.

18. That by reason of the foregoing, plaintiff(s), **SAMMI SULTANA** has been damaged in a sum which exceeds the jurisdictional limits of all lower courts which would otherwise have jurisdiction.

## SECOND CAUSE OF ACTION

19. The plaintiff repeats, reiterates and re-alleges paragraphs "1" through "18" with the same force and effect as if hereinafter set forth at length.

20. That the result of defendant's negligent, reckless and careless operation of defendants' motor vehicle plaintiff suffered property damage to his motor vehicle and towing costs.

**WHEREFORE** ,plaintiff **SAMMI SULTANA** demands judgment against the Defendant(s) herein on all causes of action, in a sum exceeding the jurisdictional limits of all lower courts which would otherwise have jurisdiction, together with the costs and disbursements of this action.

Sincerely yours,

Dated: 1/19/2026
Astoria, New York

**LEWIS F. LIPKIN, ESQ.**
*Attorney(s) for the Plaintiff(s)*
**MARIANO & LIPKIN, PLLC**
31-19 Newtown Ave. Suite#400
Astoria, NY 11102
Tel : (718) 726-7799

## ATTORNEY'S VERIFICATION

I am the attorney of the plaintiff(s) in the above –entitled action. I have read the foregoing complaint and know the contents thereof based upon the file in my office. The same are true to the best of my knowledge, except as to matter therein stated to be alleged on information and as to those matters I believe them to be true.

DATED:     Astoria, New York
              January 19, 2026.

_____
Lewis F. Lipkin

# SUPREME COURT OF THE STATE OF NEWYORK
# COUNTY OF BRONX

SAMMI SULTANA

Plaintiff(s)

-Against-

## RUSLAN KARIMZHAN & MAXXLINE COMPANY
Defendant(s)

---

### *SUMMONS AND VERIFIED COMPLAINT*

---

**LEWIS F. LIPKIN, ESQ.**
*Attorney(s) for the Plaintiff(s)*
**MARIANO & LIPKIN, PLLC**
31-19 Newtown Ave. Suite#400
Astoria, NY 11102
(718) 726 7799
(718) 721 4340
mariano.lipkin@gmail.com

---

To
Attorney(s) For:

---

Service of copy of within                              is hereby admitted

Dated  :                                      --------------------------------
                                              Attorney(s) For

---

PLEASE TAKE NOTICE

[  ]                         that the within is certified true copy of a
Notice of entry                 entered in the office clerk of the within named court on
      20

[  ]                         that an order of which the within is a true copy will be presented
      settlement                   for notice of Settlement to the Hon
      on the                     judges of the within named court at                       On
          20      , at